**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ANTONIO BARRIOS, | No. 07-56256 |
| Petitioner - Appellant, | D.C. No. CV-05-03642-JFW |
| v. | |
| G.J. GIURBINO, | MEMORANDUM [*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted February 16, 2010 [**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

California state prisoner Jose Antonio Barrios appeals from the district

court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

EH/Research

Barrios contends that he received ineffective assistance of counsel when his attorney failed to communicate a plea offer to him which would have avoided a 25-years-to-life sentence pursuant to California's "Three Strikes" law. Because the record demonstrates that the prosecution never offered Barrios a plea offer, the California Supreme Court's rejection of this claim was neither contrary to, nor an unreasonable application of, clearly established federal law. *See* 28 U.S.C. § 2254(d)(1); *see also Strickland v. Washington*, 466 U.S. 668, 687 (1984).

**AFFIRMED.**